# Third District Court of Appeal

## State of Florida

Opinion filed November 18, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1337
Lower Tribunal No. 08-47343

_____

**Willie Wiggins,**
Petitioner,

vs.

**The State of Florida,**
Respondent.

A Case of Original Jurisdiction – Habeas Corpus.

Willie Wiggins, in proper person.

Ashley Moody, Attorney General, and Michael W. Mervine, Assistant Attorney General, for respondent.

Before EMAS, C.J., and LOGUE, and MILLER, JJ.

PER CURIAM.

Denied.